IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS D. MANGELSEN,<br><br>Defendant, | Case No. 3:20-PO-1005-MLC |

### REQUEST FOR LEAVE TO DISMISS PETTY OFFENSE CASE

The United States Attorney for the District of Wyoming requests leave of the court to dismiss and moves to dismiss without prejudice the petty offense count charged herein against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Said dismissal would be in the best interest of justice.

                                  L. ROBERT MURRAY
                                  Acting United States Attorney

By:   /s/  Stephanie Hambrick
       STEPHANIE HAMBRICK
       Assistant United States Attorney

### LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE CASE

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense count charged herein without prejudice. The case is hereby dismissed without prejudice.

By: _____
     MARK L. CARMAN                     DATE
     UNITED STATES MAGISTRATE JUDGE